ACCEPTED
01-15-00939-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 3:32:08 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00939-CR**
In the Court of Appeals for the
First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 3:32:08 PM
CHRISTOPHER A. PRINE
Clerk

◆

**No. 1483447**
In the 180th District Court, Harris County, Texas

◆

**EX PARTE ANDRES C. MACIAS,**
*Appellant/Applicant*

◆

**APPELLANT'S MOTION TO DISMISS APPEAL
(ISSUE IS MOOT)**

◆

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

COMES NOW the undersigned counsel, in accordance with Rule 42.2 of the Texas Rules of Appellate Procedure, and files this motion to dismiss the above-captioned appeal. In support thereof, counsel presents the following:

1. Appellant filed a habeas action (assigned cause number 1483447) for bail relief in a criminal case pending in the 180th District Court (assigned cause number 1482777);

2. The trial court held a hearing and issued an order concerning appellant's habeas action;

3. Appellant filed a notice of his intent to appeal the trial court's habeas ruling, initiating this appeal;

4. Appellant has since posted bail in cause number 1482777, the criminal case forming the basis for his habeas action and this appeal;

5. Appellant's challenge to the trial court's habeas order in cause number 1483477 is now moot in light of him posting bail in cause number 1482777;

6. Consequently, appellant asks this Court to dismiss the instant appeal;

7. Appellant Andres C. Macias agrees to this action, as evidenced by his signature below.

WHEREFORE, the undersigned counsel prays that this Court dismiss this appeal.

Respectfully submitted,

**JAMES STAFFORD**

**STAFFORD, KEYSER, BROMBERG**
National Cash Register Building
Houston, TX 77002
Tel:      713-228-3600
Fax:      713-223-3933
Email:    keyserstaf@aol.com
SBOT:    18996900
*Counsel for Appellant*

**AGREED TO:**

Andres C. Macias
Appellant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing notice was served upon the following parties by delivering the same on this date: _November 18, 2015_ .

**Assistant District Attorney Alan Curry**
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
*(Service by e-file, first class mail, or hand-delivery)*

JAMES STAFFORD